■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY WALKER-LLANOS, Appellant. [795 NYS2d 479]—Appeal from a judgment of the County Court of Schenectady County (Giardino, J.), rendered February 10, 2004, convicting defendant upon his plea of guilty of the crimes of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts).

Defendant, waiving his right to appeal, pleaded guilty to two counts of criminal sale of a controlled substance in the third degree and two counts of criminal possession of a controlled substance in the third degree. Defendant was sentenced as a second felony offender in accordance with the plea agreement to concurrent prison terms of 8 to 16 years. On appeal, defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. The judgment is, accordingly, affirmed, and defense counsel's application for leave to withdraw

is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Cardona, P.J., Spain, Mugglin, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.